

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-17-00467-CR

Style:      Ex parte Christian Sauder

Date motion filed*:      October 16, 2017

Type of motion:      First Motion for Extension to File Appellant's Brief

Party filing motion:      Appellant Christian Sauder

Document to be filed:      Appellant's Brief

Is appeal accelerated?      Yes (TRAP 31).

If motion to extend time:

Original due date:      October 18, 2017

Number of extensions granted:      0      Current Due Date: October 18,, 2017

Date Requested:      November 7, 2017 (20 days from original due date)

Ordered that motion is:

☑ Granted

If document is to be filed, document due: November 7, 2017.

☑ **No further extensions of time will be granted absent extraordinary circumstances.**

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

Because appellant's counsel's first extension request claims that she needs more time because, among other things, her office was damaged by Hurricane Harvey, the Court **grants** the motion, but counsel is warned that **no further extensions are to be granted absent extraordinary circumstances**. *See* Extension of Emergency Order Authorizing Modification and Suspension of Court Procedures in Proceedings Affected by Disaster, Misc. Docket No. 17-013 (Tex. Crim. App. Sept. 26, 2017); TEX. R. APP. P. 2, 38.6(d).

Judge's signature: /s/ Evelyn V. Keyes
                        ☑ Acting individually      ☐ Acting for the Court
Date: October 24, 2017